Schuyler G. Carroll
Jeffrey D. Vanacore
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Attorney for Roy Babitt, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X

| | |
|---|---|
| In re:<br><br>JOSEPH OLANIYI ADARAMOLA,<br><br>        Debtor. | Chapter 7<br><br>Case No. 06-10698 (JMP) |

-------------------------------------------------------- X

| | |
|---|---|
| Roy Babitt, Chapter 7 Trustee of the Estate of Joseph Olaniyi Adaramola,<br><br>        Plaintiff,<br><br>   v.<br><br>JOSEPH OLANIYI ADARAMOLA, FOLASAYE ADARAMOLA, SAQUANA FOWLER, CENTRAL ABSTRACT SERVICES INC., CLEAR TITLE ABSTRACT, INC., UNITED GENERAL TITLE INSURANCE COMPANY and THOMAS J. PARKES, JR., P.C.,<br><br>        Defendants. | Adv. Pro. No. 06-01662 (JMP) |

-------------------------------------------------------- X

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE
AND HEARING TO CONSIDER MOTIONS TO DISMISS FILED BY
<u>THOMAS J. PARKES, JR., P.C. AND JOSEPH OLANIYI ADARAMOLA</u>**

**PLEASE TAKE NOTICE** that the Pre-Trial Conference in the above-captioned

adversary proceeding and the hearing to consider Thomas J. Parkes, Jr., P.C.'s Motion to Dismiss

Amended Complaint and Joseph Olaniyi Adaramola's Motion to Dismiss Cases have been

adjourned from September 29, 2009 at 10:00 a.m. to **November 17, 2009 at 10:00 a.m.**

prevailing Eastern Time, before the Honorable James M. Peck, United States Bankruptcy Judge,

NYC/447820.1

United States Bankruptcy Court, Courtroom 601, One Bowling Green, New York, New York 10004.

Dated: New York, NY
September 28, 2009

A<small>RENT</small> F<small>OX</small> LLP
Attorney for Roy Babitt, Chapter 7 Trustee

By: <u>*/s/ Jeffrey D. Vanacore*</u>
Schuyler G. Carroll
Jeffrey D. Vanacore
1675 Broadway
New York, NY 10019
(212) 484-3900